| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Chesler, Stanley R | 2. Court or Organization United States District Court | 3. Date of Report 05/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ FInal | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address Clarkson S. Fisher Courthouse U.S. Court House Trenton, New Jersey | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee of Testamentary trust established by the Will of Anatol Epstein | |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

2005 MAY 18 A 10: 33 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | K. HOVNANIAN ENTERPRISES |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/26/04 HOTEL&DINNER NYC HOTEL WHILE ATTENDING ANNUAL DINNER HONORING FED. JUDICIARY. |
| 2. | WALDORF TOWERS | 11/19-11/21/04 HOTEL&DINNER. |
| 3. | GEORGE MASON UNIVERSITY, LAW SCHOOL, LAW & ECONOMICS CENTER | 6/7-6/13/04 FOOD,LODGING,&TRANSPORTATION TO SANTA FE, NEW MEXICO WHILE ATTENDING SEMINAR |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chesler, Stanley R | 05/12/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| # | Description | B1 | Type | C1 | C2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | EVERGREEN SMALL CO. GROWTH FUND, BOSTON, MA | A | Dividend | J | T | | | | | |
| 2. | SPARTA TWP. BD. OF ED. BOND | A | Interest | J | T | | | | | |
| 3. | N.J. STATE BOND | A | Interest | J | T | | | | | |
| 4. | N.J. STATE BOND | A | Interest | J | T | | | | | |
| 5. | N.J. STATE BOND | A | Interest | J | T | | | | | |
| 6. | PORT AUTHORITY NY & NJ BOND | A | Interest | J | T | | | | | |
| 7. | BANCO POPULAR, BROOKLYN, N.Y. | A | Interest | K | T | | | | | |
| 8. | U.S. TREASURY BILLS FED. RESERVE BANK OF N.Y. | C | Interest | N | T | | | | | |
| 9. | BANK OF AMERICA | C | Interest | M | T | | | | | |
| 10. | INVESCO STABLE VALUE FUND | B | Dividend | L | T | | | | | |
| 11. | INVESCO 500 INDEX FUND | A | Dividend | L | T | | | | | |
| 12. | N.J. STATE BOND | B | Interest | K | T | | | | | |
| 13. | N.J. STATE BOND | A | Interest | J | T | | | | | |
| 14. | N.J. STATE BOND | A | Interest | K | T | | | | | |
| 15. | N.J. STATE BOND | A | Interest | K | T | | | | | |
| 16. | PORT AUTHORITY NY & NJ BOND | A | Interest | K | T | | | | | |
| 17. | ML BANKING ADVANTAGE | A | Interest | J | T | | | | | |
| 18. | MICROSOFT COMMON | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 2

| Name of Person Reporting | Date of Report |
|---|---|
| Chesler, Stanley R | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. SYNERGY BANK | D | Interest | N | T | | | | | |
| 20. CISCO COMMON | A | Dividend | J | T | | | | | |
| 21. PORT AUTHORITY OF N.Y. & N.J. BOND | A | Interest | J | T | | | | | |
| 22. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 23. PORT AUTHORITY OF N.Y. & N.J. BOND | A | Interest | J | T | | | | | |
| 24. MBNA BANK - CD | C | Interest | M | T | | | | | |
| 25. ING DIRECT BANK MONEY MARKET | A | Interest | K | T | | | | | |
| 26. WORLD SAVINGS MONEY MARKET | B | Interest | M | T | CLOSED | 10/2 | | | |
| 27. CLINTON TOWNSHIP N.J. BOND | A | Interest | J | T | | | | | |
| 28. CALIFORNIA STATE BOND | B | Interest | K | T | | | | | |
| 29. PORT AUTHORITY N.Y. & N.J. BOND | A | Interest | J | T | | | | | |
| 30. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | K | T | BUY | 12/20 | K | | |
| 31. CALIFORNIA STATE BOND | A | Interest | J | T | BUY | 2/10 | J | | |
| 32. PORT AUTHORITY BOND | A | Interest | J | T | BUY | 3/29 | J | | |
| 33. HUDSON CITY S.B. ACCOUNTS | A | Interest | L | T | OPEN | 10/2 | L | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,00    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chesler, Stanley R | 05/12/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

PART VII:
9.  FLEET BANK MERGED WITH BANK OF AMERICA.
10. IRT STABLE VALUE FUND CHANGED ITS NAME TO THE INVESCO STABLE VALUE FUND.
11. IRT 500 INDEX FUND CHANGED ITS NAME TO THE INVESCO 500 INDEX FUND.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chesler, Stanley R | 05/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date___ May 12, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544